IN THE UNITED STATES DISTRICT COURT, STATE OF ARIZONA, COUNTY OF MARICOPA

CASE NO. 2:11-CV-02206-MEA

MH INVESTMENTS, LLC
vs
CHARLES ROBERT MCKEE

AFFIDAVIT OF SERVICE

STATE OF _____
COUNTY OF _____
The undersigned being sworn, states: on the 16 day of Dec, 2011
I received:
SUMMONS; COMPLAINT

from Executive Process, LLC dba EZ Messenger for MACK DRUCKER & WATSON, PLLC Attorney(s) and in each instance I personally served a copy of each document listed above on those named below in the manner and at the time and place shown, hereinafter set forth, to wit:

DEFENDANT(S) SERVED
CHARLES ROBERT MCKEE AND JANE DOE MCKEE
ADDRESS WHERE SERVED: 2111 Evangeline Hwy
CITY/STATE/ZIP: Evangeline, LA 70537
DATE SERVED: 12/18/11   TIME SERVED: 9:00 (AM)/ PM
MANNER OF SERVICE
Indicate Defendant(s) served by placing an "X" in the proper box
(X) PERSONALLY, by serving the above named individual(s)
( ) by leaving copies at the dwelling house, or usual place of abode, by delivering to and leaving a true and correct copy thereof with a person of suitable age and descretion, residing therein to wit: _____
( ) by service upon: _____
( ) by service upon its STATUTORY AGENT: _____
( ) by service upon a CORPORATE OFFICER, NAME: _____
                                              TITLE: _____

I certify that "MILITARY STATUS" was checked and the defendant(s) ____ ARE  X  ARE NOT in the "ACTIVE MILITARY."
If so, what branch: _____

SUBSCRIBED AND SWORN TO BEFORE ME
2 day of Jan ,20 12
MY COMMISSION EXPIRES:

Affiant

Notary Public

2163385
7346

2163385