Dax R. Watson [No. 020054]
**MACK DRUCKER & WATSON, P.L.C.**
3200 North Central Avenue, Suite 1200
Phoenix, Arizona 85012
Telephone: (602) 778-9900
Facsimile:  (602) 778-9947

*Attorneys for Plaintiffs*

docket@mackazlaw.com

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MH INVESTMENTS, LLC, an Arizona limited liability company; JUDD HERBERGER, as an individual.<br><br>Plaintiff,<br><br>v.<br><br>CHARLES ROBERT MCKEE, a married man, and JANE DOE MCKEE,<br><br>Defendants. | **CASE NO. 2:11-CV-02206-MEA**<br><br><br>**RESPONSE TO ORDER DATED JUNE 18, 2012** |

Plaintiffs MH Investments, LLC and Judd Herberger ("Plaintiffs"), are in receipt of the Court's June 18, 2012 Order regarding the prosecution of this matter and respond as follows:

First, and foremost, Plaintiffs and undersigned apologize for not keeping the Court apprised of the progress in this matter and/or alerting the Court to the ongoing discussions between the parties. The Court should be apprised of these matters and that is failing on the part of undersigned.

1

Second, this is to inform the Court that since service of the lawsuit, the parties have engaged in discussions to resolve this matter. Those discussions have resulted in an agreement. That agreement, however, is a structured agreement and one that has not been fulfilled yet and additional time will need to pass to verify if the agreement will be satisfied. Plaintiffs anticipate that within the next thirty (30) to forty-five (45) days that they will be dismissing this matter with prejudice. However, in the unlikely event that the matter is not resolved, Plaintiffs respectfully request that the Court extend the dismissal date by sixty (60) days. Prior to that, Plaintiffs will either dismiss this matter, with prejudice because the resolution has occurred, and/or prosecute the matter. Again, we apologize for not keeping the Court better informed of the progress of this matter.

DATED this **9th** day of July 2012.

          **MACK DRUCKER & WATSON, P.L.C.**

By */s/ Dax R. Watson*
   Dax R. Watson
   *Attorneys for Plaintiff*

2

**CERTIFICATE OF FILING/MAILING**

I herby certify that on July 9, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and mailed a copy of the attached document to:

Charles Robert McKee
2111 Evangeline Hwy.
Evangeline, LA 70537


*/s/ Erin Bailey*



Y:\Clients\MH-01\Pleadings\Response.doc                                                                                                      1907.003