Dax R. Watson [No. 020054]
**MACK DRUCKER & WATSON, P.L.C.**
3200 North Central Avenue, Suite 1200
Phoenix, Arizona 85012
Telephone: (602) 778-9900
Facsimile:  (602) 778-9947

*Attorney for Plaintiffs*

docket@mackazlaw.com

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MH INVESTMENTS, LLC, an Arizona limited liability company; JUDD HERBERGER, as an individual.<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES ROBERT MCKEE, a married man, and JANE DOE MCKEE,<br><br>Defendants. | **CASE NO. 2:11-CV-02206-MEA**<br><br>**PLAINTIFFS' NOTICE**<br>**OF VOLUNTARY DISMISSAL**<br>**WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure*, Plaintiffs hereby provide notice to the court of their intent to dismiss this matter, *without prejudice.* The Defendants have not filed a Responsive pleading to this matter and voluntary dismissal is proper under the Rules.

DATED this __**14th**__ day of September 2012.

**MACK DRUCKER & WATSON, P.L.C.**


By */S/ Dax R. Watson*
   Dax R. Watson
   Attorney for Plaintiffs

1

*Y:\Clients\MH-01\Pleadings\Notice of Dismissal.doc*                                                                                              *1907.003*

**CERTIFICATE OF FILING/MAILING**

I, Berlinda Corpora, herby certify that on September 14, 2012, I electronically transmitted the attached document to the Clerk of the Court using the United States District Court's CM/ECF filing system, and mailed a copy of the attached document to:

Charles Robert McKee
2111 Evangeline Hwy.
Evangeline, Louisiana  70537


*/S/ Berlinda Corpora*